IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 2:22-cr-00399-BHH |
| | ) | |
| v. | ) | |
| | ) | |
| **REYNELDO KEMOND SINGLETON** | ) | ORDER |

And now, this  7th   day of June, 2023, the within Motion is granted, and it is hereby ordered and decreed that Indictment Number 2:22-cr-00399-BHH against the defendant, **REYNELDO KEMOND SINGLETON**, be and the same is hereby dismissed without prejudice.

IT IS SO ORDERED.

    s/ Bruce Howe Hendricks
_____
BRUCE HOWE HENDRICKS
UNITED STATES DISTRICT JUDGE

June   7   , 2023

Charleston, South Carolina